UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


CRYSTAL GRAHAM                              )
                Plaintiff,                )
                              )
v.                                                     )          **JUDGMENT**
                              )
MARTIN O'MALLEY,                        )          No. 7:24-CV-20-FL
Commissioner of Social Security     )
                Defendant.            )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 2, 2024, it is ordered that defendant pay to plaintiff $4,600.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $405.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on August 2, 2024, and Copies To:**
Cheryl A. O'Brien (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson  / Wanda Mason (via CM/ECF Notice of Electronic Filing)

August 2, 2024                          PETER A. MOORE, JR., CLERK


                                   /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk